DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KMS RESTAURANT CORP.,**
Appellant,

v.

**KATZMAN WASSERMAN BENNARDINI & RUBINSTEIN, P.A.** f/k/a
**KATZMAN WASSERMAN & BENNARDINI, P.A., STEVEN M. KATZMAN,
ESQ.** and **CRAIG RUBINSTEIN,** individually,
Appellees.

No. 4D16-3664

[July 27, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 502011CA010384-XXXX-MB.

Frederick J. Keitel, III, Palm Beach, for appellant.

Andrew J. Marchese of Marshall, Dennehey, Warner, Coleman & Goggin, P.C., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and CYNAMON, ABBY, Associate Judge, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*